IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JOSEPH RIPPE,                                          3:11-CV-1019-PK

    Plaintiff,                                         ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**TIM WILBORN**
Wilborn Law Office, P.C.
P.O. Box 370578
Las Vegas, NV 89145
(702) 240-0184

    Attorney for Plaintiff

**S. AMANDA MARSHALL**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003

1 - ORDER

**DAVID MORADO**
Regional Chief Counsel
**DAVID J. BURDETT**
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, OR 98104-7075
(206) 615-2531

    Attorneys for Defendant

**BROWN, Judge.**

    On November 19, 2012, Magistrate Judge Paul Papak issued Findings and Recommendation (#22) recommending the Court **REVERSE** the Commissioner's final decision denying Plaintiff's application for Disability Insurance Benefits (DIB) pursuant to Title II of the Social Security Act (SSA), 42 U.S.C. §§ 401-34, and his application for Supplemental Security Income (SSI) pursuant to Title XVI of the SSA, 42 U.S.C. § 1381-83(f), and **GRANT** the Commissioner's Motion (#17) to Remand for further administrative proceedings.

    Plaintiff filed timely Objections to the Findings and Recommendation and opposed the Motion to Remand for further administrative proceedings. The matter is before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's

2 - ORDER

report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

This Court has reviewed the record *de novo,* including Plaintiff's Objections.  The Court concludes Plaintiff's Objections do not provide a basis to modify the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#22) in its entirety and **GRANTS** the Commissioner's Motion (#17) to Remand for further administrative proceedings.  Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this matter to the Commissioner for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405.

IT IS SO ORDERED.

DATED this 14th day of January, 2013.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge